UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STEVEN KAUTZ,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:20-cv-244

District Judge Michael J. Newman

_____

**ORDER MARKING THE COURT'S ORDER TO SHOW CAUSE (DOC. 15) SATISFIED**
_____

    This Social Security disability appeal is before the Court on its Order to Show Cause issued on January 6, 2021. Doc. 15. *Pro se* Plaintiff failed to file his Statement of Errors by the required deadline, and, accordingly, the Court ordered *pro se* Plaintiff to show cause why, in writing and on or before January 27, 2021, as to why this appeal should not be dismissed for failure to prosecute. The Court indicated this Show Cause requirement could be satisfied by *pro se* Plaintiff's filing of his Statement of Errors on or before January 27, 2021.

    *Pro se* Plaintiff filed his Statement of Errors on January 26, 2021. Doc. 17. Therefore, the Court deems its Order to Show Cause **SATISFIED**. The Court will address the merits of *pro se* Plaintiff's appeal when the briefing is complete.

    **IT IS SO ORDERED.**

Date:   January 27, 2021                        s/ Michael J. Newman
                                                                                Michael J. Newman
                                                                               United States District Judge