IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STEVEN KAUTZ,

    Plaintiff,                                       Case No. 3:20-cv-244

vs.

COMMISSIONER OF SOCIAL SECURITY,     District Judge Michael J. Newman

    Defendant.

## ORDER

This Social Security case is before the Court upon attorney Caroline H. Gentry's recent Notice of Appearance on Plaintiff's behalf. Doc. No. 21. In light of attorney Gentry's appearance, and in the interests of justice, the Court finds it necessary for the parties to submit a new set of briefs. Attorney Gentry shall have the opportunity to review the administrative record and submit a second Statement of Errors. The Commissioner will then have an opportunity to respond to any Statement of Errors attorney Gentry files, and Plaintiff will thereafter by given an opportunity to reply. At the conclusion of briefing by the parties, the Court will consider Plaintiff's pro se Statement of Errors (doc. no. 17) and all filings by the parties' counsel.

It is hereby **ORDERED** that Plaintiff's second Statement of Errors is due by May 7, 2021. The case will thereafter proceed as required by the Court's Seventh Amended General Order No. 11 and S.D. Ohio Civ. R. 8.1. The existing briefing schedule (doc. no. 20) is, accordingly, **VACATED**, and Plaintiff's motion for an extension of time to file a reply brief (doc. no. 22) is **DENIED AS MOOT**.

Prior to filing a memorandum in opposition to Plaintiff's Statement of Errors, the Commissioner is **ORDERED** to reconsider whether remand is appropriate and, if so, shall file a motion for remand in lieu of a memorandum in opposition.

**IT IS SO ORDERED.**

Date:  03/24/2021                                                        s/ Michael J. Newman
                                                                                                       Hon. Michael J. Newman
                                                                                                       United States District Judge